IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GABRIEL CANTU, MEGAN RIVAS, | § § | |
| *Plaintiffs,* | § § | SA-18-CV-00665-XR |
| vs. | § § | |
| GT EXPEDITED INC., DAMIEN SOWA, | § § § | |
| *Defendants.* | § § | |

## ORDER SETTING HEARING

Before the Court in the above-styled cause of action is Defendants' Motion to Compel Medical Authorization [#51], which was referred to the undersigned for disposition. The Court is of the opinion the motion should be set for a hearing.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Compel Medical Authorization [#51] is set for a hearing at **2:00 p.m.** on **September 8, 2020**. Due to the restrictions imposed by COVID-19, counsel for all parties are **required to appear by phone** for the conference.

The contact information for the hearing is as follows:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number:  888-808-6929

2. Access code: 9923187

3. Participant Security Code:   090820

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

1

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled hearing, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Defendants' motion and **file a joint advisory via CM/ECF no later than September 4, 2020** that indicates which issues, if any, remain in dispute after their conference.  For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

**IT IS SO ORDERED.**

SIGNED this 31st day of August, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE