IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GABRIEL CANTU, MEGAN RIVAS, | § § § | |
| *Plaintiffs,* | § § | SA-18-CV-00665-XR |
| vs. | § § § | |
| GT EXPEDITED INC., DAMIEN SOWA, | § § § | |
| *Defendants.* | § § | |

### ORDER CANCELING HEARING

Before the Court in the above-styled cause of action is Defendants' Motion to Compel Medical Authorization [#51], which was referred to the undersigned for disposition. The Court set the motion for a hearing to be held on September 8, 2020 at 2:00 p.m. On this day, the Court received an Advisory from the parties [#53], informing the Court that they have resolved their dispute underlying the motion. The Court will therefore cancel the hearing and dismiss Defendants' motion as moot.

**IT IS THEREFORE ORDERED** that the hearing scheduled for 2:00 p.m. on September 8, 2020 is **CANCELED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel Medical Authorization [#51] is **DISMISSED AS MOOT**.

SIGNED this 3rd day of September, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE